FILED
CLERK, U.S. DISTRICT COURT
7/28/21
CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

link 20

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARCIA,<br><br>          Plaintiff,<br><br>    v.<br><br>DS SERVICES OF AMERICA, INC., a Delaware Corporation, and DOES 1 THROUGH 10, inclusive<br><br>          Defendants. | Case No.: 2:21-cv-00142 PSG (KSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, INCLUDING ALL CLAIMS ASSERTED BY PLAINTIFF MANUEL GARCIA, WITH PREJUDICE**<br><br>Complaint filed:   11/9/2021<br>Trial date:              12/7/2021 |

- 2 -

**GOOD CAUSE APPEARING,** the Court hereby approves the Joint Stipulation For Dismissal Of Entire Action, Including All Claims Asserted By Plaintiff Manuel Garcia, With Prejudice.

**IT IS HEREBY ORDERED** that the above-referenced matter is dismissed with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its/his own fees and costs.

**IT IS SO ORDERED.**

DATED: 7/28/21 _____

Hon. Philip S. Gutierrez
United States District Judge